**Order entered January 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00034-CR
### No. 05-15-00035-CR

**SUMMER RAE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60100-M, F13-25326-M**

## ORDER

Appellant's January 12, 2015 unopposed motion to extend the time to file appellant's notices of appeal is **GRANTED**.

Appellant's notices of appeal are **DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
JUSTICE